# Order

Michigan Supreme Court
Lansing, Michigan

July 25, 2011

142477

JAMES T. MERRICK,
      Petitioner-Appellant,

v

STATE EMPLOYEES' RETIREMENT SYSTEM,
      Respondent-Appellee.
_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 142477
COA: 298751
Alger CC: 09-004946-AA

On order of the Court, the application for leave to appeal the November 15, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 25, 2011

_____
Clerk

h0718